**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ROBERT ASHTON,**    Plaintiff | : : |
| | :    No. 1:12-cv-01920 |
| v. | : |
| | :    (Judge Kane) |
| **CHARLES T. KNEPP, et al.,**    Defendant | : :    (Magistrate Judge Mehalchick) |
| | : |

## ORDER

**AND NOW**, on this 5th day of August 2014, **IT IS HEREBY ORDERED THAT** Magistrate Judge Mehalchick's Report and Recommendation (Doc. No. 119) is **ADOPTED**, Defendants' objections (Doc. No. 120) are **OVERRULED**, and Defendants' motions to dismiss with prejudice (Doc. Nos. 77, 81) are **GRANTED** with respect to the follow claims:

(1) Plaintiff's claims against Defendants Knepp, Gingerich, Jacobson, Reedy, Tritt, Sommers, and Pepperling in their official capacities;

(2) Plaintiff's claims against the Department of Corrections, the Bureau of Community Corrections, Wernersville Community Corrections Center, and Luzerne County Probation Services as barred by the Eleventh Amendment;

(3) Plaintiff's conspiracy claims against all Defendants;

(4) Plaintiff's claims against Tritt, Sommers, Gingerich, and Jacobson in their supervisory roles;

(5) Plaintiff's Fourth Amendment claims;

(6) Plaintiff's procedural due process claim;

(7) Plaintiff's Civil Rights Act claim;

(8) Plaintiff's municipal liability claims against Defendants the Department of Corrections, the Bureau of Community Corrections, Wernersville Community Corrections Cetner, Luzerne County Probation Services, Tritt, Sommers, Gingerich, and Jacobson;

(9) Plaintiff's Fifth Amendment claims;

(10) Plaintiff's credit for time claims against the Department of Corrections;

(11) Plaintiff's Anti-Discimination claim pursuant to the Pennsylvania Constitution;

(12) Plaintiff's IIED claim; and,

(13) Plaintiff's defamation claim.

**IT IS FURTHER ORDERED THAT** Defendants' motion to dismiss the following claims (Doc. No. 77) is **GRANTED WITHOUT PREJUDICE** to Plaintiff's right to amend his complaint regarding these claims within thirty days of the date of this order:

(1) Plaintiff's Americans with Disabilities Act and Rehabilitation claims against Defendants Knepp, Gingerich, and Jacobson; and

(2) Plaintiff's Pennsylvania Human Relations Act claim.

**IT IS FURTHER ORDERED THAT** Defendants' motion to dismiss (Doc. No. 77) is **DENIED** with respect to:

(1) Plaintiff's First Amendment retaliation claim against Defendants Knepp and Gingerich,

(2) Plaintiff's Higher Education Act claim,

(3) Plaintiff's Equal Protection Claim against Defendants Knepp, Gingerich, Reedy, and Jacobson, and,

(4) Plaintiff's Eighth Amendment claims against Defendants Knepp, Gingerich, and Reedy.

**IT IS FURTHER ORDERED THAT** the case is referred back to the Magistrate Judge for further pretrial management.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania