**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT ASHTON,** | : | |
| **Plaintiff** | : | |
| | : | **No. 1:12-cv-1920** |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **CORRECTIONS COUNSELOR** | : | |
| **CHARLES T. KNEPP, et al.,** | : | **(Magistrate Judge Mehalchick)** |
| **Defendants** | : | |

## ORDER

Before the Court in the above-captioned action is the September 13, 2016 Report and Recommendation of Magistrate Judge Mehalchick.  (Doc. No. 205.)  No timely objections have been filed.  **ACCORDINGLY**, this 30th day of September 2016, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT**:

1. The Court adopts the Report and Recommendation (Doc. No. 205) of Magistrate Judge Mehalchick;

2. Defendants' motion for summary judgment (Doc. No. 169) is **GRANTED**;

3. All remaining claims against the remaining Defendants are dismissed with prejudice; and

4. The Clerk of Court is directed to close the case.

 s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania